JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** __II____ **Investigating Agency** __DEA____

**City** __Peabody_____ **Related Case Information:**

**County** __Essex____ Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number __15-MJ-2202-MBB__
Search Warrant Case Number __15-MJ-2205-MBB; 15-7075-JCB__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Romano_____ Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address __(City & State) Peabody, MA_____

Birth date (Yr only): __1977__ SSN (last4#): __2510__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____ Address _____

**Bar Number** _____ _____

**U.S. Attorney Information:**

**AUSA** __Carlos A. Lopez & James E. Arnold_____ Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ——— ☐ Misdemeanor ——— ☐ Felony ———

*Continue on Page 2 for Entry of U.S.C. Citations*

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __8/19/15__ Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Joseph Romano _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

*USAMA CRIM - Criminal Case Cover Sheet.pdf  3/4/2013*

JS 45 (5/97) - (Revised U S D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     Category No. __II_____     Investigating Agency __DEA_____

**City**   __Peabody_____     **Related Case Information:**

**County**   __Essex_____

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _X_____
Magistrate Judge Case Number   15-MJ-2202-MBB
Search Warrant Case Number   15-MJ-2206-MBB; 15-7158-JCB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Anthony Panarese _____ Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   __(City & State)  Peabody, MA_____

Birth date (Yr only): _1980_  SSN (last4#): _2834_  Sex _M_   Race: ____ ____   Nationality: _____

**Defense Counsel if known:**   _____   Address _____

**Bar Number**   _____

**U.S. Attorney Information:**

**AUSA**   __Carlos A. Lopez & James E. Arnold_____   Bar Number if applicable   _____

**Interpreter:**   ☐ Yes  ☑ No      List language and/or dialect:   _____

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————————— ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ———   ☐ Felony ——

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   _8/19/15_      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Anthony Panarese _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet pdf   3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __DEA__

**City**   __Malden__        **Related Case Information:**

**County**    __Middlesex__     

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _X_ |
| Magistrate Judge Case Number | 15-MJ-2202-MBB |
| Search Warrant Case Number | 15-MJ-2208-MBB |
| R 20/R 40 from District of _____ | |

**Defendant Information:**

**Defendant Name**    Paul Williams      Juvenile:    ☐ Yes   ✓ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ✓ No

**Alias Name** _____

**Address**    (City & State) Malden, MA _____

Birth date (Yr only): _1964_   SSN (last4#): _2295_   Sex _M_   Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**    Carlos A. Lopez & James E. Arnold      Bar Number if applicable _____

**Interpreter:**    ☐ Yes   ✓ No      List language and/or dialect: _____

**Victims:**    ☐ Yes ✓ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes   ☐ No

**Matter to be SEALED:**    ✓ Yes    ☐ No

     ✓ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ✓ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☐ Felony _____

*Continue on Page 2 for Entry of U.S.C. Citations*

✓ I hereby certify that the case numbers of any prior proceedings before a *Magistrate Judge* are accurately set forth above.

Date:   _8/19/15_      Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Paul Williams _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

*USAMA CRIM - Criminal Case Cover Sheet.pdf  3/4/2015*

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        **Category No.** ___II___      **Investigating Agency** ___DEA___

**City**    **Peabody**             **Related Case Information:**

**County**    **Essex**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _X_
Magistrate Judge Case Number   15-MJ-2202-MBB
Search Warrant Case Number   15-MJ-2203-MBB
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   David Turner Sr. _____ Juvenile:     ☐ Yes   ✓ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ✓ No

**Alias Name** _____

**Address**    (City & State) Peabody, MA _____

Birth date (Yr only): _1960_   SSN (last4#): _7265_    Sex _M_    Race: _____    Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____                     _____

**U.S. Attorney Information:**

**AUSA**    Carlos A. Lopez & James E. Arnold _____   Bar Number if applicable _____

**Interpreter:**    ☐ Yes   ✓ No      List language and/or dialect: _____

**Victims:**    ☐ Yes ✓ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes    ☐ No

**Matter to be SEALED:**    ✓ Yes    ☐ No

    ✓ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

*Arrest Date* _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————————— ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on

**Charging Document:**    ✓ Complaint     ☐ Information     ☐ Indictment

*Total # of Counts:*    ☐ Petty ——— ☐ Misdemeanor ——— ☐ Felony ———

Continue on Page 2 for Entry of U.S.C. Citations

✓   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: _< / 19 / 15_      Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     David Turner Sr. _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

*USAMA CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U S D C MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**City**   Peabody     **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number   15-MJ-2202-MBB
Search Warrant Case Number   15-MJ-2203-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Ashley Turner      Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name

Address    (City & State) Peabody, MA

Birth date (Yr only): 1989   SSN (last4#): 3535   Sex F   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Carlos A. Lopez & James E. Arnold     Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ☑ No     List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at —————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☐ Felony ———

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   8/19/15     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Ashley Turner    _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      Category No. __II__      **Investigating Agency** __DEA__

City   **Danvers**     ◘    **Related Case Information:**

County   **Essex**     ◘

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _X_
Magistrate Judge Case Number   15-MJ-2202-MBB
Search Warrant Case Number   15-MJ-2207-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Sans Milbury _____   Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address   (City & State) Danvers, MA _____

Birth date (Yr only): _1977_ SSN (last4#): _0870_ Sex _M_   Race: ___   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Carlos A. Lopez & James E. Arnold _____   Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**   ☐ Petty ———— ☐ Misdemeanor ———— ☐ Felony ————

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _8/19/15_     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Sans Milbury _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 USC 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone | 1 |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**      **Category No.** ___II_____      **Investigating Agency** ___DEA_____

**City**   __Danvers_____   □    **Related Case Information:**

**County**   __Essex_____   □

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New Defendant _X____
Magistrate Judge Case Number   15-MJ-2202-MBB
Search Warrant Case Number   15-MJ-2207-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   __Marcelle Milbury_____ Juvenile:    ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name   _____

Address    __(City & State)_ Danvers, MA_____

Birth date (Yr only): _1981_ SSN (last4#): _4537___ Sex _F___   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____    _____

**U.S. Attorney Information:**

**AUSA**   __Carlos A. Lopez & James E. Arnold_____   Bar Number if applicable   _____

**Interpreter:**    ☐ Yes   ☑ No     List language and/or dialect: _____

**Victims:**    ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes   ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty ——— ☐ Misdemeanor ——— ☐ Felony ———

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   _8/19/15_      Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Marcelle Milbury     _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC 846 and 841(a)(1) | Conspiracy to Possess with Intent to Distribute, and to Distribute, Oxycodone | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**  _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013